### THE LAMAR INSURANCE COMPANY

*v.*

### E. GULICK.

*Filed at Ottawa November 20, 1880.*

1. APPEAL *from an Appellate Court—of the certificate required.* No appeal lies from an Appellate Court to this court in an action of assumpsit when the litigation involves a less sum than $1000, there being no franchise or freehold or the validity of any statute involved, and when the judges of the Appellate Court make no certificate that the case "involves questions of such importance, either on account of the principal or collateral interests, as that it should be passed upon by the Supreme Court."

2. A certificate by the Appellate Court that the reasons for granting an appeal in such a case are on account of the large number of suits and the large number of interests dependent upon the final result of the suit, is not sufficient to confer jurisdiction upon this court.

APPEAL from the Appellate Court for the First District;— heard in that court on appeal from the Superior Court of Cook County; the Hon. JOSEPH E. GARY, Judge, presiding.

Messrs. SHUFELDT & WESTOVER, for the appellant.

Mr. R. H. FORRESTER, and Mr. W. D. CUNNINGHAM, for the appellee.

Mr. JUSTICE SCOTT delivered the opinion of the Court:

This appeal must be dismissed for the reason no appeal lies in such cases. The action is in assumpsit, and the litigation concerns a less sum than $1000, and no franchise or freehold

or the validity of any statute is involved. Nor is there any certificate by the judges of the Appellate Court allowing the appeal, that the case "involves questions of law of such importance, either on account of principal or collateral interests, as that it should be passed upon by the Supreme Court." It is certified to us that the reason for granting the appeal is "on account of the large number of suits, and the large number of interests dependent upon the final result of this suit." The statute has not made the "reasons" assigned, a cause for granting appeals in such cases, and the certificate made by the judges of the Appellate Court is not sufficient to confer jurisdiction on this court.

The appeal will be dismissed.

*Appeal dismissed.*